UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

| | | |
|---|---|---|
| KENNETH FLEMING, | ) ) | |
| Plaintiff, | ) ) | Civil No. 15-113-ART |
| v. | ) ) | |
| SOUTHWIRE COMPANY, LLC, et al., | ) ) | **ORDER** |
| Defendants. | ) ) ) | |

\*\*\* \*\*\* \*\*\* \*\*\*

On May 23, 2016, the parties filed a stipulation of dismissal with prejudice.  R. 38.
Under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a "plaintiff may dismiss an action
without a court order by filing: . . . a stipulation of dismissal signed by all parties who have
appeared."  Dismissal is without prejudice unless the stipulation states otherwise.  Fed. R.
Civ. P. 41(a)(1)(B).  The stipulation of dismissal requested dismissal with prejudice and was
signed by the three parties that have appeared in this case.  R. 38.

Accordingly, it is **ORDERED** that:

(1)     The parties' request for voluntary dismissal with prejudice, R. 38, is
        **GRANTED**.  This matter is **DISMISSED WITH PREJUDICE**.  Each party
        shall bear its own costs.

(2)     All pending deadlines are **CANCELLED**.

(3)     The Clerk shall strike this matter from the Court's active docket.

This the 25th day of May, 2016.



**Signed By:**

***Amul R. Thapar***

**United States District Judge**